UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2660

FILED
2008 AUG 29 AM 9:58

| UNITED STATES OF AMERICA, | ) | Magistrate Case Number: _____ |
|---|---|---|
| | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| Oscar Armando LOZA   v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| | ) | |
| Defendant, | ) | |

The undersigned complaint being duly sworn states:

On or about August 28, 2008, within the Southern District of California, Oscar Armando LOZA, did knowingly and intentionally import approximately 10.65 kilograms of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Victor Estebanes/Special Agent
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF AUGUST, 2008.

MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On August 28, 2008 at about 4:30 am, Oscar Armando LOZA made application for admission into the United States from Mexico at the San Ysidro Port of Entry (POE) driving a grey 2000 Ford Focus Station wagon bearing California license plate 5DYJ108. US Customs and Border Protection Canine Enforcement Officer (CEO) Stacy Smithson was performing pre-primary roving operations with his Human/Narcotic Detection Dog "Echo" (CF-09). This involves a roving patrol in front of the primary booths. CEO Smithson's HNND "Echo" responded to the rocker panels of the Ford Focus.

Customs and Border Protection Officer Patrick Hernandez responded to the car and asked the drover, Oscar Armando LOZA where he was going and LOZA said he was on his way to work at Denny's Restaurant on E Street in Chula Vista. CBPO Hernandez then asked LOZA where he lived and he said he lived in Tijuana. CBPO Hernandez's next question of LOZA was who owned the 2000 Ford Focus. LOZA replied that the car belonged to him and LOZA went on to say that he had owned the vehicle for 2 months. CBPO Hernandez next asked of LOZA of what country he was a citizen and LOZA said he was a citizen of the US and that he was born in California. LOZA then produced a US Birth Certificate. CBPO Hernandez then asked if LOZA was bringing anything back from Mexico. LOZA replied that he was not. CBPO then asked LOZA to unlock the rear passenger door and LOZA looked confused as to how to unlock them. CBPO Hernandez then escorted LOZA to the vehicle secondary.

CBPO Perez Garcia started to perform a secondary inspection of the Ford Focus. CBPO Perez Garcia opened the doors and removed the seats by taking the bolts holding them to the frame. Next CBPO Perez Garcia pulled back the edge of the carpet near the bottom of the door frame to see the inside of the rocker panels. He immediately saw a non-factory compartment covered with a non-factory piece of metal. It was held in place by two small slices cut into the inside of the rocker panels of the car. CBPO Perez Garcia removed these panels and saw packages inside. These packages were wrapped in black packing tape. CBPO Perez Garcia then took them out one by one.

A subsequent CBP border search of the vehicle's rocker panels revealed ten (13) black plastic-wrapped packages of a white, powdery substance, which weighed approximately 10.65 kilograms. A presumptive field-test of the substance indicated a positive reaction to the presence of methamphetamine. These packages were hidden inside 2 non-factory compartments in the rocker panels. These compartments were covered by additional pieces of metal which did not appear to be made for the Ford Focus.

LOZA was read and waived his constitutional rights under Miranda. He said he had no knowledge of any drugs in his car.

The vehicle, methamphetamine, and cell phone were retained as evidence. LOZA was booked into the Metropolitan Correctional Center San Diego under booking number __10755-298__ pending federal judicial proceedings.

Victor M. Estebanes
Special Agent - ICE